**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00355-CV

**ERIC DRAKE, Appellant**

**V.**

**STEPHEN WALKER ET AL., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06774-D**

## ORDER

Before the Court is appellant's May 2, 2014 "2nd motion for the production of original tape recordings of hearings conducted in the County Court Number 4." In light of our May 2, 2014, we **DENY** as moot appellant's request for the original tape recording of the January 6, 2014 hearing and the original transcripts and recordings of the March 3, 2014 and March 17, 2014 hearings. We also **DENY** as moot appellant's request for a supplemental clerk's record containing a copy of his "second amendment to his original petition" as that petition is contained in the clerk's record filed May 2, 2014.

/Ada Brown/
ADA BROWN
JUSTICE